UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BARRY JAMESON, | ) | 1:07-cv-01344-LJO-DLB-HC |
| | ) | |
| Petitioner, | ) | **ORDER ADOPTING FINDINGS AND** |
| | ) | **RECOMMENDATION** (Doc. 6) |
| v. | ) | |
| | ) | **ORDER DISMISSING CERTAIN** |
| JAMES YATES, Warden, | ) | **GROUNDS OF PETITION** |
| | ) | |
| Respondent. | ) | **ORDER REFERRING MATTER BACK** |
| | ) | **TO MAGISTRATE JUDGE FOR** |
| | | **BRIEFING SCHEDULE** |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On October 12, 2007, the Magistrate Judge filed Findings and a Recommendation that this action proceed on Grounds One and Two of the petition, that Grounds Three and Four of the petition be DISMISSED for failure to state a claim upon which relief may be granted, and this matter be referred back to the Magistrate Judge for issuance of a briefing schedule.  These Findings and Recommendation were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order.  To date, the parties have not filed objections to the Findings and Recommendation.

1

1  In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendation are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed October 12, 2007, are ADOPTED IN FULL;

2. This action proceed on Grounds One and Two of the petition;

3. Grounds Three and Four of the petition are DISMISSED for failure to state a claim upon which relief may be granted; and,

4. This matter is referred back to the Magistrate Judge for issuance of a briefing schedule.

IT IS SO ORDERED.

**Dated:   December 4, 2007**              /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE