IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY JAMESON, | 1:07-cv-01344-LJO-DLB (HC) |
| Petitioner, | ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME |
| vs. | TO FILE TRAVERSE |
| JAMES YATES, | (DOCUMENT #13) |
| Respondent. | (30)THIRTY DAY DEADLINE |
| _____/ | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On March 25, 2008, petitioner filed a motion to extend time to file traverse. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file traverse.

IT IS SO ORDERED.

Dated:   **April 4, 2008**            **/s/ Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE