# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY JAMESON, | 1:07-cv-01344 LJO DLB (HC) |
| Petitioner, | ORDER DIRECTING RESPONDENT TO SUBMIT SUPPLEMENTAL BRIEFING |
| v. | [Doc. 12] |
| JAMES YATES, Warden, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner filed the instant petition for writ of habeas corpus on September 14, 2007. Petitioner challenges the proceedings and finding of guilt of a Rules Violation Report ("RVR"). Pursuant to this Court's order, Respondent filed an answer to the petition on March 13, 2008, and Petitioner filed a traverse on April 9, 2008, and the case is ready for review on the merits.

In his answer, Respondent initially argues that the instant petition is subject to dismissal as the claims were not adequately exhausted in the state court. (Answer, at 4-5.)  In response, Petitioner submits a copy of a denial by the California Superior Court for Fresno County, dated July 2006, in response to a petition for writ of habeas corpus Petitioner indicates was submitted in May 11, 2006.  (See Exhibit L, attached to Petition.)  Respondent does not mention or discuss the filing of this subsequent petition, which may have relevance on whether Petitioner exhausted the state court remedies.  Therefore, Respondent shall submit a supplemental brief addressing

1

1   Petitioner's subsequent filing.

2       In addition, Petitioner was initially charged with a violation of California Code of
3   Regulations, title 15, section 3005(c), (now subsection (d) as amended, effective December 28,
4   2007) for participation in a riot.  However, at his disciplinary hearing, Petitioner was found not
5   guilty of the initial charge, but found guilty of a lesser included charge of failure to comply with
6   emergency procedure.  As to the latter finding of guilt, the RVR does not reference and
7   Respondent does not provide what regulation Petitioner was found to have violated.  In addition,
8   the RVR references Petitioner's written statement as being attached; however, no such statement
9   is attached.  To the extent such information exists, Respondent shall submit it to the Court for
10  review.

11      Based on the foregoing, it is HEREBY ORDERED that:

12      1.    Within **twenty (20)** days from the date of service of this order, Respondent submit
13          a supplemental brief addressing the information discussed above; and,

14      2.    Within **twenty (20)** days from the date Respondent files his supplemental brief,
15          Petitioner may file a response.

16  IT IS SO ORDERED.

17  **Dated:**   **August 19, 2008**       /s/ **Dennis L. Beck**
                                            UNITED STATES MAGISTRATE JUDGE