IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY JAMESON,<br><br>    Petitioner,<br><br>    vs.<br><br>JAMES YATES,<br><br>    Respondent.<br>_____/ | 1:07-cv-1344 LJO-DLB (HC)<br><br>ORDER GRANTING PETITIONER'S FIRST MOTION FOR EXTENSION OF TIME TO FILE REPLY TO SUPPLEMENTAL BRIEFING<br><br>(DOCUMENT #24)<br><br>THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On September 11, 2008, petitioner filed a motion to extend time to file his reply to the Supplemental Briefing. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file his reply to the Supplemental Briefing.


IT IS SO ORDERED.

Dated:   **September 26, 2008**            **/s/ Dennis L. Beck**
                                                                    UNITED STATES MAGISTRATE JUDGE