IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY JAMESON,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>JAMES YATES,<br><br>　　　　Respondent.<br>_____/ | 1:07-cv-01344-LJO-DLB (HC)<br><br>ORDER GRANTING PETITIONER'S FIRST MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO THE FINDINGS AND RECOMMENDATIONS<br><br>(DOCUMENT #31)<br><br>SIXTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On December 8, 2008, petitioner filed a motion to extend time to file objections to the findings and recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted sixty days from the date of service of this order in which to file objections to the findings and recommendations.

　　IT IS SO ORDERED.

　Dated:　**December 9, 2008**　　　　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE