IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY JAMESON, | 1:07-cv-01344-LJO-DLB (HC) |
|     Petitioner, | ORDER GRANTING PETITIONER'S SECOND MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS |
|     vs. | |
| JAMES YATES, | (DOCUMENT #33) |
|     Respondent. | NINETY DAY DEADLINE |

    Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On February 6, 2009, petitioner filed a motion to extend time to file objections to the Magistrate Judge's Findings and Recommendations.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Petitioner is granted thirty days from the date of service of this order in which to file objections to the Findings and Recommendations.

    IT IS SO ORDERED.

    Dated:   **February 9, 2009**              **/s/ Dennis L. Beck**
                                                                                 UNITED STATES MAGISTRATE JUDGE