# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY JAMESON,<br><br>        Petitioner,<br><br>   v.<br><br>JAMES YATES, Warden,<br><br>        Respondent. | 1:07-cv-01344 LJO DLB (HC)<br><br>ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS<br><br>[Doc. 31] |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    Now pending before the Court is Petitioner's motion for an extension of time to file objections to the Findings and Recommendation. (Court Doc. 31.) GOOD CAUSE having been demonstrated and good cause appearing therefor, it is HEREBY ORDERED that Petitioner is granted thirty (30) days from the date of service of this order to file objections.


    IT IS SO ORDERED.

    Dated: **April 22, 2009**              **/s/ Dennis L. Beck**
                                                      UNITED STATES MAGISTRATE JUDGE